Jeffrey P. Lendrum (SBN137751)
**LENDRUM LAW FIRM**
A Professional Corporation
401 West "A" Street, Suite 2330
San Diego, CA 92101
Telephone: (619) 239-4302
Facsimile: (619) 239-4307
E-mail: jpl@lendrumlaw.com

Attorney for Lisett Di Donato–Young

FILED
AUG 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [illegible] DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETT DI DONATO-YOUNG, an individual,<br><br>Petitioner,<br><br>vs.<br><br>WACHOVIA SECURITIES, LLC, a Delaware Corporation,<br><br>Respondent. | Case No. '08 CV 1557 W RBB<br><br>**DECLARATION OF JEFFREY P. LENDRUM IN SUPPORT OF PETITION TO VACATE ARBITRATION AWARD**<br><br>*[filed concurrently with Petition to Vacate Arbitration Award; Memorandum of Points and Authorities in Support of Petition; Notice of Lodgment; Declaration Of V. Michael Arias In Support Of Petition to Vacate Arbitration Award; Declaration Of Lisett Di Donato-Young In Support Of Petition to Vacate Arbitration Award and [Proposed] Order]*<br><br>Hearing Date: To Be Determined<br>Hearing Time: To Be Determined<br>Judge: To Be Determined<br>Courtroom: To Be Determined |



CR

I, Jeffrey P. Lendrum, declare as follows:

1. I am an attorney-at-law, duly admitted to practice before this Court, and all Courts of the State of California and am a shareholder of the Lendrum Law Firm, counsel of record for Petitioner herein.

2. The statements in this Declaration are made upon the basis of my own personal knowledge, and I could, and would, competently testify thereto if called upon to do so.

3. Attached to the Notice Of Lodgment In Support Of Petition To Vacate Arbitration Award (NOL) as Exhibit 8 is a true copy of a printout from the California Department Of Corporation's website, identifying Wachovia Securities LLC as organized under the laws for the state of Delaware.

4. Attached to the NOL as Exhibit 9 is a true copy of a printout from Wachovia's website, identifying Wachovia Securities "headquarters" as St. Louis Missouri.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct and that this declaration is executed in San Diego, California on this 22 day of August, 2008.

JEFFREY P. LENDRUM