Jeffrey P. Lendrum (SBN137751)
**LENDRUM LAW FIRM**
A Professional Corporation
401 West "A" Street, Suite 2330
San Diego, CA 92101
Telephone: (619) 239-4302
Facsimile: (619) 239-4307
E-mail: jpl@lendrumlaw.com

FILED
2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY LCL DEPUTY

Attorney for Lisett Di Donato–Young

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

LISETT DI DONATO-YOUNG, an individual,

Petitioner,

vs.

WACHOVIA SECURITIES, LLC, a Delaware Corporation,

Respondent.

Case No. '08 CV 1557 W RBB

**DECLARATION OF LISETT DI DONATO-YOUNG IN SUPPORT OF PETITION TO VACATE ARBITRATION AWARD**

*[filed concurrently with Petition to Vacate Arbitration Award; Memorandum of Points and Authorities in Support of Petition; Notice of Lodgment; Declaration Of Jeffrey P. Lendrum In Support Of Petition to Vacate Arbitration Award; Declaration Of V. Michael Arias In Support Of Petition to Vacate Arbitration Award; and [Proposed] Order]*

Hearing Date: To Be Determined
Hearing Time: To Be Determined
Judge: To Be Determined
Courtroom: To Be Determined



Cap

I, LISETT DI DONATO-YOUNG, respectfully submit the following Declaration in Support of my Petition to Vacate Arbitration Award, and declare as follows:

1. I am the Petitioner in this matter and the statements in this Declaration are made upon the basis of my own personal knowledge, or upon information and belief, and I could, and would, competently testify thereto if called upon to do so.
2. I am currently, and at all times relevant to the facts giving rise to the underlying Arbitration have been, a resident of San Diego. The events at issue in the underlying Arbitration occurred in San Diego in connection with my employment at Wachovia Securities' downtown San Diego branch office.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct and that this Declaration is executed in San Diego, California on this 20th day of August, 2008.

LISETT DI DONATO-YOUNG