Jeffrey P. Lendrum (SBN137751)
**LENDRUM LAW FIRM**
A Professional Corporation
401 West "A" Street, Suite 2330
San Diego, CA 92101
Telephone: (619) 239-4302
Facsimile: (619) 239-4307
E-mail: jpl@lendrumlaw.com

Attorney for Lisett Di Donato–Young

FILED
AUG 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

LISETT DI DONATO-YOUNG, an individual,

Petitioner,

vs.

WACHOVIA SECURITIES, LLC, a Delaware Corporation,

Respondent.

Case No. '08 CV 1557 W RBB

**NOTICE OF LODGMENT IN SUPPORT OF PETITION TO VACATE ARBITRATION AWARD**

*[filed concurrently with Petition to Vacate Arbitration Award; Memorandum of Points and Authorities in Support of Petition; Declaration Of Jeffrey P. Lendrum In Support Of Petition to Vacate Arbitration Award; Declaration Of V. Michael Arias In Support Of Petition to Vacate Arbitration Award; Declaration Of Lisett Di Donato-Young In Support Of Petition to Vacate Arbitration Award and [Proposed] Order]*

Hearing Date: To Be Determined
Hearing Time: To Be Determined
Judge: To Be Determined
Courtroom: To Be Determined

Petitioner, LISETT DI DONATO-YOUNG hereby lodges the following Exhibits with the Court in support of her Petition to Vacate Arbitration Award:

| | |
|---|---|
| EXHIBIT "1" | Wachovia's Amended Statement Of Claim, filed on or about December 11, 2006. |
| EXHIBIT "2" | Ms. Di Donato's Statement Of Answer and Counter-Claim filed on or about February 12, 2007. |
| EXHIBIT "3" | NASD Arbitration Award for the Arbitration proceedings served on or around June 2, 2008. |
| EXHIBIT "4" | Index of exhibits admitted at the arbitration. |
| EXHIBIT "5" | Respondent/Counter-Claimant Di Donato's Brief On Employee Indemnification. |
| EXHIBIT "6" | Collection of email produced by Wachovia and collectively marked as Arbitration Exhibit 25. |
| EXHIBIT "7" | Excerpts of the Arbitration testimony of Raymond P. Valencia given on February 27, 2008. |
| EXHIBIT "8" | 'California Business Portal' Printout reflecting information filed with the California Secretary of State. |
| EXHIBIT "9" | Printout from Wachovia Securities' website, reflecting that Wachovia Securities' headquarters is located in St. Louis Missouri. |

Dated: August 22, 2008

LENDRUM LAW FIRM

By: ______________________

Jeffrey P. Lendrum
Attorneys for Petitioner