Jeffrey P. Lendrum (137751)
**LENDRUM LAW FIRM**
A Professional Corporation
401 West "A" Street, Suite 2330
San Diego, CA 92101
Telephone: (619) 239-4302
Facsimile: (619) 239-4307
Email: jpl@lendrumlaw.com

Attorney for Petitioner Lisett Di Donato–Young

FILED
AUG 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETT DI DONATO-YOUNG, an individual,<br><br>Petitioner,<br><br>vs.<br><br>WACHOVIA SECURITIES, LLC, a Delaware Corporation,<br><br>Respondent. | '08 CV 1557 W RBB<br>Case No. Unassigned<br><br>**PROOF OF SERVICE** |

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 401 West "A" Street, Suite 2330, San Diego, CA 92101.

On August 22, 2008, I served the following document(s):

- **PETITION TO VACATE ARBITRATION AWARD;**
- **MEMORANDUM OF POINTS AND AUTHORITES IN SUPPORT OF PETITION;**
- **NOTICE OF LODGMENT IN SUPPORT OF PETITION TO VACATE ARBITRATION AWARD;**
- **DECLARATION OF V. MICHAEL ARIAS IN SUPPORT OF PETITION TO VACATE ARBITRATION AWARD;**
- **DECLARATION OF JEFFREY P. LENDRUM IN SUPPORT OF PETITION TO VACATE ARBITRATION AWARD;**
- **DECLARATION OF LISETT DI DONATO-YOUNG IN SUPPORT OF PETITION TO VACATE ARBITRATION AWARD; AND**
- **[PROPOSED] ORDER**

☒ **BY MAIL as follows:** I am readily familiar with the business' practice of collection and processing correspondence for mailing. Under that practice, all mail is deposited with the U.S. Postal Service on the same day with postage thereon, fully prepared at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postage meter date is more than one day after the date of deposit for mailing in the affidavit.

☐ **BY PERSONAL SERVICE:** I caused a true and correct copy thereof enclosed in a sealed envelope, to be delivered by hand to the addressee(s) as follows:

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document to be delivered to an overnight courier service (Federal Express; United Parcel Service; U.S. Express Mail, California Over Nite Express), for delivery to the addressee(s) as follows:

☐ **BY FACSIMILE TRANSMISSION:** I caused the above-referenced document to be transmitted to the above-named person at the following telecopy number:

☐ **BY E-MAIL TRANSMISSION:** I caused the above-referenced document to be transmitted to the above-named person at the following e-mail addresses:

☒ (State) I declare under penalty of perjury, pursuant to the laws of the State of California that the above is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on August 22, 2008 at San Diego, California

Michael Kantro

Michael Kantro

**SERVICE LIST**

Timothy N. Will, Esq.
ALBERT & WILL, LLP
2601 Airport Drive, Suite 345
Torrance, CA 90505
(310) 257-9363
Fax: (310) 257-9360

Attorney For Wachovia Securities, LLC